IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AXEL LEANDRY,<br>            *Plaintiff,*<br><br>v.<br><br>CITY OF PHILADELPHIA, POLICE OFFICER JONATHAN CZAPOR, POLICE OFFICER RYAN FLYNN, AND JOHN DOES 1-10,<br>            *Defendants.* | Civil No. 24-5262 |

## ORDER

**AND NOW**, this 16th day of July 2025, upon consideration of Defendants' Motion to Dismiss (ECF No. 9), Plaintiff's response, and Defendants' reply, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' motion is **GRANTED IN PART AND DENIED IN PART.** Plaintiff's Section 1983 conspiracy claim (Count IV) is **DISMISSED WITHOUT PREJUDICE.** Plaintiff may file an amended complaint no later than August 6, 2025.

BY THE COURT:

_____
MARY KAY COSTELLO, J.